IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPORTING GOODS PROPERTIES, INC., | ) | |
| Plaintiff, | ) | No. 99-78C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO LIFT STAY AND ACTIVATE CASE

Pursuant to the Court's November 12, 2002 Order, the parties jointly request that the Court lift the current stay and activate this case. On March 23, 2001, the parties filed a joint motion in this case indicating that, as a practical matter, resolution of liability issues in the related matter of E.I. du Pont de Nemours & Co. v. United States, No. 99-101C (Fed. Cl.) ("DuPont") might dispose of the liability issues in this case as well. On March 27, 2001, the Court suspended generally all proceedings in this case pending resolution of cross-motions in DuPont. Cross-motions in the DuPont case were resolved on November 8, 2002, with this Court entering judgment in favor of the United States. On November 12, 2002, the Court ordered that this case would remain suspended until otherwise ordered, and encouraged the parties to file a joint motion for activation of the case when it is appropriate to do so.

The parties represent that it is, now, appropriate to activate this case. On April 28, 2004, the United States Court

of Appeals for the Federal Circuit reversed this Court's judgment in DuPont, and remanded the case for determination of damages and entry of judgment against the United States. 365 F.3d 1367, 1380 (Fed. Cir. 2004). Rehearing and rehearing en banc were denied on August 31, 2004, and the Court of Appeals issued its mandate on September 7, 2004. The date for seeking certiorari review to the United States Supreme Court has passed without the United States seeking review.

For the foregoing reasons, the parties request that the Court lift the current stay and activate this case and schedule a status conference pursuant to Rule 16 of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/John McGahren
JOHN MCGAHREN
Latham & Watkins LLP
One Newark Center
Newark, NJ 07101-3174
Tel: (973) 639-1234
Fax: (973) 639-7298

Attorneys for Plaintiff
Sporting Goods Properties,
Inc.

December 15, 2004

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

December 15, 2004

Certificate of Filing

I hereby certify that on December 15, 2004, a copy of the foregoing Joint Motion To Lift Stay And Activate Case was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL