ORIGINAL

# In The United States Court of Federal Claims

No: 99-78C
January 13, 2005

FILED
JAN 13 2005
U.S. COURT OF
FEDERAL CLAIMS

**SPORTING GOODS PROPERTIES, INC.**

***Plaintiff,***

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant.***

## ORDER

**Block, *Judge.***

This court stayed all proceedings in this case on March 27, 2001, pending adjudication of E.I. Du Pont de Nemours & Co. v. United States, No. 99-101c. In light of the Federal Circuit's ruling in *Dupont*, *see* 365 F.3d 1367 (Fed Cir. 2004), the parties petitioned this court to lift the stay on December 16, 2004.

The parties' motion to lift the stay of proceedings in this case is **GRANTED**. The parties shall confer regarding the possibility of settlement. If immediate settlement is not possible, the parties shall confer regarding any issues remaining in the case, discovery, and scheduling. The parties shall file a joint status report discussing: (a) the status of settlement negotiations; (b) the legal and factual issues remaining in the case; (c) discovery; and (d) scheduling on or before February 10, 2005. The parties shall also appear at a joint status conference, to be conducted by telephone, on February 17, 2005 at 11:00 a.m.

**IT IS SO ORDERED.**

Lawrence J. Block
Judge