IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPORTING GOODS PROPERTIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 99-78C |
| | ) | (Judge Block) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's April 26, 2005 Order, the parties report that they have signed a settlement agreement and that defendant will be submitting a payment request to the Judgment Fund in the next day or two. The parties expect to jointly move for voluntary dismissal of this case promptly upon payment to plaintiff of the settlement amount.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/John McGahren
JOHN MCGAHREN
Latham & Watkins LLP
One Newark Center
Newark, NJ 07101-3174
Tel: (973) 639-1234
Fax: (973) 639-7298

Attorneys for Plaintiff
Sporting Goods Properties,
Inc.

May 3, 2005

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

May 3, 2005

Certificate of Filing

I hereby certify that on May 3, 2005, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail