IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPORTING GOODS PROPERTIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 99-78C (Judge Block) |

STIPULATION OF DISMISSAL

Pursuant to their April 26, 2005 settlement agreement, the parties stipulate to dismissal of this action pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, with prejudice and with each party to bear its own costs and fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/John McGahren
JOHN MCGAHREN
Latham & Watkins LLP
One Newark Center
Newark, NJ 07101-3174
Tel: (973) 639-1234
Fax: (973) 639-7298

Attorneys for Plaintiff
Sporting Goods Properties,
Inc.

October 5, 2005

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

October 5, 2005

Certificate of Filing

I hereby certify that on October 5, 2005, a copy of the foregoing Stipulation Of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail